EXHIBIT 4

ORIGINAL                                    ISSUED

IN THE DISTRICT COURT BECKHAM COUNTY    8-13-21
STATE OF OKLAHOMA

DEEDRA HARPER                )
                             )
              Plaintiff,     )
                             )
vs.                          )     Case No. CJ-21-72
                             )
3 D WOLF TRANSPORT, LLC and  )
DANIEL JOSEPH WOLF           )
                             )
              Defendants.    )

## SUMMONS

To the above-named Defendant:     Daniel Joseph Wolf
                                  Any Address

You have been sued by the above-named Plaintiff(s), and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff(s).

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this 13th day of August, 2021.

COURT CLERK,
_Audra Lowrance_
Deputy Court Clerk

(Seal)
Attorneys for Plaintiff(s):
Name:      Nicholas A. Elliott, OBA #32226
Address:   8 S.W. 89th Street, Suite 200
           Oklahoma City, OK 73139
Telephone: (405) 800-8080

This Summons was served/mailed on _____.

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.