EXHIBIT 6

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Pg 1 of 6

Incident Report: Y
Investigation Completed: X
Investigation Made at Scene: X
Revised: X
Fatality: N
Photographs: X
Hit and Run: X

**(1) Reporting Agency:** ELK CITY POLICE DEPARTMENT
**Case Number:** 19-0160
**Motor Vehicles Involved:** 02
**Number Injured:** 00
**Number Killed:** 00

**(2) Date of Collision:** 10/04/2019  **Time:** 1050
**County Number and Name:** 05 BECKHAM
**Nearest City or Town:** In/Near 10 ELK CITY

**(4) Street, Road or Highway:** BUSINESS LOOP I-40
**Distance from:** 0000
**(Nearest) Intersecting Street, Road or Highway:** STATE HIGHWAY 34

---

**(5) Unit:** 01  **Occupants:** 01  **Type:** D  **DMV:** X
**Last Name:** WOLF  **First:** DANIEL  **Middle:** JOSEPH  **Sex:** M
**(6) Address:** 12979 US HIGHWAY 281  **City:** WINDTHORST  **State:** TX  **Zip:** 76389
**(7) Driver License Number:** 09305624  **State:** TX  **Class:** A  **Endorsement:** PT  **Restrictions:** A
**(8) Ejected:** 1  **Extricated:** 1  **Test:** 1  **BAC:** 50
**License Plate Number:** R359414  **State:** TX  **Month/Year:** 12/2019
**(9) VIN:** 1XP6DB8XXSD358675  **Vehicle Year:** 1996  **Color:** BLK  **Make:** PTRB  **Model:** TR
**(10) Insurance Company Name:** PROGRESSIVE COUNTY MUTUAL INS CO  **Policy Number:** 03963893-2  **Insurance Telephone:** 8004444487
**(11) Vehicle Removed by:** Remained at scene
**Owner's Last Name:** 3D WOLF
**(12) Owner's Address:** 12979 US HIGHWAY 281  **City:** WINDTHORST  **State:** TX  **Zip:** 76389

---

**(14) Unit:** 02  **Occupants:** 01  **Type:** D  **DMV:** HARPER
**Last Name:** HARPER  **First:** DEEDRA  **Middle:** RHAE  **Sex:** F
**(15) Address:** 108 THORNTON LN  **City:** ELK CITY  **State:** OK  **Zip:** 73644
**(16) Driver License Number:** G08235096  **State:** OK  **Class:** D
**(17) Ejected:** 1  **Extricated:** 1  **Test:** 1  **BAC:** 50  **Transported by:** Private Vehicle To: Great Plains Regional Medical Center
**License Plate Number:** DLM558  **State:** OK  **Month/Year:** 04/2020
**(18) VIN:** 1C3CCBBG3DN715457  **Vehicle Year:** 2013  **Color:** MAR  **Make:** CHRY  **Model:** 2TR
**(19) Insurance Company Name:** ALLSTATE FIRE AND CASUALTY INS CO  **Policy Number:** 986 700 303  **Insurance Telephone:** 4058437590
**(20) Vehicle Removed by:** Haines Wrecker Service
**Owner's Last Name:** HARPER  **First:** BOBBY  **Middle:** JOE
**(21) Owner's Address:** 108 THORTON LN  **City:** ELK CITY  **State:** OK  **Zip:** 73644

---

**(23) Investigating Officer:** LAUGHLIN, MICHAEL  **Badge Number:** 00029  **Troop/Div:** H  **Reviewed by:** CHANEY  **Badge Number:** 17  **Date of Report:** 10/04/2019

**WARNING – STATE LAW** Use of contents for commercial solicitation is unlawful

10/14/2019  13:57    4053780711                    WESTYLLAGOSNEY                              PAGE  03/07

## OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Pg 2 of 6
Incident Report
Investigation Completed
Investigation Made at Scene
Photographs
Revised
Fatality
Hit and Run

**(1) Reporting Agency:** ELK CITY POLICE DEPARTMENT
**Case Number:** 19-0160
**Motor Vehicles Involved:** 02  **Number Injured:** 00  **Number Killed:** 00

**(2) Date of Collision:** 10/04/2019  **Time:** 1050  **County Number and Name:** 05 BECKHAM
**Nearest City or Town Number and Name:** 10 ELK CITY  (In/Near: X Near)

**(4) Street, Road or Highway:** BUSINESS LOOP I-40
**Distance from:** 0000
**(Nearest) Intersecting Street, Road or Highway:** STATE HIGHWAY 34

**(5) Unit:** 0A  **Occupants:** 01  **Type:** D
**Last Name:** LUNGREN  **First:** KELLY  **Middle:** RUSSELL
**Sex:** M

**(6) Address:** PO BOX 163  **City:** LEEDY  **State:** OK  **Zip:** 73654  **Telephone:** 580-515-2297

**(7) Driver License Number:** S08153066  **State:** OK  **Class:** A  **Endorsement(s):** NTM  **Restriction(s):** 1, A
**Inj. Sev.:** 0  **Type of Injury:** 00000  **Drv/Ped. Cond.:** 1  **OP Use:** 4

**(8) Ejected:** 1  **Extricated:** 1  **Test:** 0  **(% BAC):** 50.
**License Plate Number:** HCQ477  **State:** OK  **Month:** 04  **Year:** 2020

**(9) VIN:** 1FTFW1E59JKE30098  **Vehicle Year:** 2018  **Color:** GLD  **2nd Color:** 000  **Make:** FORD  **Model:** F150  **Veh. Cond.:** 04  **Extent of Damage:** 1

**(11) Vehicle Removed by:**
**Owner's Last Name:** LUNGREN  **First:** KELLY  **Middle Initial:** RUSSELL

**(12) Owner's Address:** PO BOX 163  **City:** LEEDY  **State:** OK  **Zip:** 73654
**Overloaded Load:** 0  **Towed Veh. Type:** 00

**Investigating Officer:** AUGHLIN, MICHAEL  **Badge Number:** 00029  **Title:** H
**Date of Report:** 10/04/2019

WARNING - STATE LAW  Use of contents for commercial solicitation is unlawful

Case 5:21-cv-00875-JD  Document 1-6  Filed 09/07/21  Page 4 of 7



# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT — Pg 4 of 6

Case Number: 19-0160

This is a standardized Oklahoma Traffic Collision Report form with coded fields for two units (vehicles). Key coded values visible:

**Unit data (Unit 1 / Unit 2):**
- Total Lanes in Roadway: 04 / 04
- Legal Speed: 45 / 45
- Actions Prior to Collision: 00 / 00
- Pedestrian Location at Time of Collision: 00 / 00
- Safety Equipment: 0 / 0

**Was the collision in or near a construction, maintenance or utility work zone?** No (X)

**Light:** 1 (Daylight)
**Weather:** 03 (Cloudy)
**Locality:** 2 (Business)
**Type of Intersection:** 4 (Four-Way Intersection)
**Incident Type:** 00 (Not an Incident)
**Location of First Harmful Event:** 01 (On Roadway)

**What Vehicle Was Going to Do:** Unit 1 = 01 (Go Ahead); Unit 2 = 07 (Start from Park/Stop)
**What Vehicle Did:** Unit 1 = 01 (Went Ahead); Unit 2 = 07 (Started From Park/Stop)
**Visibility Obscured by:** Unit 1 = 00; Unit 2 = 15
**Driver Distracted by:** 0 / 0

**Underride/Override:** Unit 1 = 6; Unit 2 = 3
**Traffic Control:** Unit 1 = 02 (Traffic Signal); Unit 2 = 02 (Traffic Signal)
**Trafficway:** 3 / 3
**Vehicle Removal:** 3 / 1
**Vehicle Condition:** 01 / 01
**Road Surface Conditions:** 01 / 01 (Dry)
**Special Function of Vehicle:** 00 / 00
**Grade:** 1 / 1 (Level)
**Road Alignment:** 1 / 1 (Straight)
**Road Surface Type:** 1 / 1 (Concrete)
**Emergency Vehicle Responding:** 0 / 0 (N/A)

**Unsafe / Unlawful Contributing Factors:** Unit 1 = 41; Unit 2 = 98
- 41 = Followed Too Closely (For Traffic Conditions)
- 98 = No Improper Action by Driver

**Point of First Contact on Vehicle:** Unit 1 = 14; Unit 2 = 12
**Most Damaged Area:** Unit 1 = 05; Unit 2 = 12



**Remarks:**

The collision occurred at the intersection of Business Loop I-40 and State Highway 34. Business Loop I-40 is an east-west oriented four lane divided roadway. State Highway 34 is a north-south oriented four lane divided roadway. Unit 1 was traveling south on State Highway 34 and failed to stop at the traffic signal that was illuminated red at the time. Unit 2 was east bound on Business Loop I-40. Unit 2 proceeded into the intersection when the light turned green and collided with unit 1. Unit A was facing east at the traffic light, in the turning lane to turn north, began to proceed into the intersection and observed unit 1 fail to stop at the traffic light and then stopped. It is believed that unit A hindered the view of unit 2. Driver of unit 2 was visibly shaken but refused medical treatment/transport by Elk City EMS. Driver unit 1 denied any injuries and refused medical treatment/transport by Elk City EMS. Unit A is a witness vehicle that possibly hindered the view of Unit 2. Unit 1 sustained disabling damage to the rear wheels of the trailer on the passenger side. Unit 2 sustained disabling

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.

DPS: 0102-04 REV 0107

Case Number 19-0160 **OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT — ADDITIONAL NARRATIVE**   Pg 6 of 6

...damage to the front of the vehicle. Unit 1 was off the roadway until assistance could arrive to move the trailer. Unit 2 was towed by Haines Wrecker service. Approximate AOI is 16.5 feet east of the west extended curb line of State Highway 34 and 8.10 feet south of the north extended curb line of Business Loop I-40 east bound. AOR unit 1 is approximately 407.3 feet south of the AOI. AOR of unit 2 is approximately 59 feet south-west of the AOI.

DPS: 0192-SUPP09 REV 0107