UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEEDRA HARPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-21-875-JD |
| | ) | |
| 3 D WOLF TRANSPORT, LLC and | ) | |
| DANIEL JOSEPH WOLF, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Deedra Harper, and Defendants, 3 D Wolf Transport, LLC and Daniel Joseph Wolf, pursuant to FED. R. CIV. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 2nd day of November 2021.

/s Nicholas A. Elliott
*(Signed by Filing Attorney With*
*Permission of Attorney)*
Nicholas A. Elliott, OBA No. 32226
William A. Gosney, OBA No. 22573
WEST, YLLA & GOSNEY
8 Southwest 89th Street, Suite 200
Oklahoma City, Oklahoma 73139
Telephone:   405-800-8080
Facsimile:   405-378-0711
Email:   nelliott@wyglawfirm.com
**ATTORNEYS FOR PLAINTIFF**

/s Brad L. Roberson
Brad L. Roberson, OBA No. 18819
Lauren N. Watson, OBA No. 33636
ROBERSON, KOLKER, COOPER & GOERES, P.C.
16408 Muirfield Place
Edmond, Oklahoma 73013
Telephone:   405-606-3333
Facsimile:   405-606-3334
Email:   brad@rkcglaw.com
   lauren@rkcglaw.com
**ATTORNEYS FOR DEFENDANTS**